IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WALTER H. HOLLOWAY, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CV326 |
| v. | ) | |
| DMV DEPARTMENT OF MOTOR VEHICLES, Right to get I.D. by community services of DMV Department of Motor Vehicles State of Nebraska, JUDGE/ATTORNEY SCHALLZ, as the actor sat on the bench/of his debarred position, HDR OF HUMAN RESOURCES DEPARTMENT, PACIFIC LIFE INSURANCE COMPANY, My past Job at Pacific Life, WARDEN WIGT, Director of my property east, and WARDEN COUGH, Director of my property east, | ) | ORDER |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 29th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge